NOTE CHANGES MADE BY THE COURT

1  EDMUND G. BROWN JR.
   Attorney General of California
2  RENE L. LUCARIC
   Supervising Deputy Attorney General
3  MITCHELL E. RISHE
   Deputy Attorney General
4  State Bar No. 193503
   300 South Spring Street, Suite 1702
5  Los Angeles, CA 90013
   Telephone: (213) 897-6224
6  Fax: (213) 897-7604
   E-mail: Mitchell.Rishe@doj.ca.gov
7  *Attorneys for Defendants*
   *S. Mohr, G. Hing and F. Haws*
8

**All future discovery filings shall include the following language on the cover page:**
**"[Referred to Magistrate Judge Suzanne H. Segal]"**

9         IN THE UNITED STATES DISTRICT COURT

10      FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  **LUZ FUENTES, individually and as**
    **the Successor in Interest of JOSE**
13  **DANIEL CRUZ aka JOSE DANIEL**
    **CRUZ FUENTES, EDGAR**
14  **JIMENEZ, JOSE GARCIA,**
    **Deceased,**
15
                            Plaintiff,
16
17            v.

18  **COUNTY OF LOS ANGELES, et al.,**

19                          Defendants.

20
21  **LUZ FUENTES, individually and as**
    **the Successor in Interest of JOSE**
22  **DANIEL CRUZ aka JOSE DANIEL**
    **CRUZ FUENTES, EDGAR**
23  **JIMENEZ, JOSE GARCIA,**
    **Deceased,**
24
                            Plaintiff,
25
26            v.

27  **BRIAN HAWS, in his individual**
    **capacity only, et al.,**
28
                          Defendants.

CV 08-1258 ABC (SSx)
*Consolidated with* Case No.
CV 08-03881 ABC (SSx)

**STIPULATED PROTECTIVE ORDER**

Courtroom:    680
Judge:        The Honorable
              Audrey B. Collins
Trial Date:   1/26/2010
Action Filed: 6/13/2008

FILED
CLERK U.S. DISTRICT COURT
AUG 11 2009
BY CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1

1    Pursuant to Fed. R. Civ. P. 26(c) and Local Rule 79-5.4, the parties, through

2    their attorneys of record, hereby stipulate to and request that the Court enter the

3    accompanying proposed protective order.  This order is necessary to expedite

4    discovery, while maintaining confidential and private information of inmate Kurt

5    Karcher, CDC No. H-91542, and to protect parties or persons from annoyance,

6    embarrassment, oppression, or undue burden or expense.

7        The parties stipulate that they will be bound by Local Rule 79-5.4, and that

8    transcripts of depositions taken pursuant to the Federal Rule of Civil Procedure,

9    both formal and informal, designated for "Attorneys' Eyes Only":  (1) will be for

10   "Attorneys' Eyes Only," and will not be disclosed or disseminated to any other

11   persons, parties or entities; (2) will be used solely in conjunction with this case, and

12   no copies shall be made except for submission to the Court or other parties; and (3)

13   at the conclusion of this matter, all copies of deposition transcripts shall be

14   destroyed or returned to the California Department of Corrections and

15   Rehabilitation.

16       The parties shall have 14 days from the taking of any deposition designated

17   "Attorneys' Eyes Only" to object to such designation.  In the event a party objects

18   to the designation "Attorneys' Eyes Only," the party objecting to the designation

19   shall bear the burden of proof to establish that such documents or items are outside

20   the scope of this order, ~~and may seek the Court's in camera review of such~~

21   ~~documents or items before being allowed to remove such designation.~~ S W S.

22       The parties stipulate and request that the Court find that good cause exists for

23   the issuance of the requested protective order.

24   **SO STIPULATED.**

25   ///   *The Court finds*

26   ///   *good cause to*

27   ///   *protect the*

28   ///   *confidential and*
     *private information*
     *of inmate Kurt*
     *Karcher.*

     *may proceed under L. R. 37.*

     (*8 WS*)

     2

IT IS SO ORDERED.

DATED:  8/11/09

UNITED STATES MAGISTRATE JUDGE

1  Dated:  July 23, 2009                    Respectfully submitted,

2                                           EDMUND G. BROWN JR.
                                            Attorney General of California
3                                           RENE L. LUCARIC
                                            Supervising Deputy Attorney General
4

5                                           /s/ Mitchell E. Rishe

6
                                            MITCHELL E. RISHE
7                                           Deputy Attorney General
                                            *Attorneys for Defendants*
8                                           *S. Mohr, G. Hing and F. Haws*

9
                                            RODRIGUEZ & ASSOCIATES
10

11

12                                          M. Scott Fontes
                                            *Attorneys for Plaintiff*
13                                          *Luz Fuentes*

14
                                            LAWRENCE BEACH ALLEN &
15                                          CHOI, PC

16
                                            /s/ Raymond W. Sakai
17

18                                          Raymond W. Sakai
                                            *Attorneys for Defendants*
19                                          *County of Los Angeles, Sheriff Leroy*
                                            *D. Baca, Assistant Sheriff Marvin O.*
20                                          *Cavanaugh, Chief Mark L. Klugman,*
                                            *Chief Sammy L. Jones, Robert Fish,*
21                                          *Ph.D., Chief Neal Tyler, Sergeant*
                                            *Dan Belland, and Chief Carl Deeley*
22

23

24                          **All future discovery filings shall**
25                          **include the following language**
                            **on the cover page:**
26                          **"[Referred to Magistrate Judge**
                            **Suzanne H. Segal]"**
27

28

                                            3

1 | Dated: July 23, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
RENE L. LUCARIC
Supervising Deputy Attorney General

MITCHELL E. RISHE
Deputy Attorney General
*Attorneys for Defendants*
*S. Mohr, G. Hing and F. Haws*

RODRIGUEZ & ASSOCIATES

M. Scott Fontes
*Attorneys for Plaintiff*
*Luz Fuentes*

LAWRENCE BEACH ALLEN &
CHOI, PC

Raymond W. Sakai
*Attorneys for Defendants*
*County of Los Angeles, Sheriff Leroy*
*D. Baca, Assistant Sheriff Marvin O.*
*Cavanaugh, Chief Mark L. Klugman,*
*Chief Sammy L. Jones, Robert Fish,*
*Ph.D., Chief Neal Tyler, Sergeant*
*Dan Belland, and Chief Carl Deeley*

SD2008502637
60443229.doc

3

1

## **ATTESTATION**

2    I, Mitchell E. Rishe, am the ECF User whose ID and password was used to

3 file this STIPULATION.   I hereby attest that Ramond W. Sakai, counsel for the

4 County Defendants, authorized me to sign this document electronically on his

5 behalf.

6

7  Dated: July 23, 2009                     Respectfully submitted,

8                                           EDMUND G. BROWN JR.
                                            Attorney General of California
9                                           RENE L. LUCARIC
                                            Supervising Deputy Attorney General

10

11                                          /s/ Mitchell E. Rishe

12                                          MITCHELL E. RISHE
                                            Deputy Attorney General
13                                          *Attorneys for Defendants*
                                            *S. Mohr, G. Hing and F. Haws*
14

15   SD2008502637
     60443229.doc
16

17

18

19

20

21

22

23

24

25

26

27

28