NOTE CHANGES MADE BY COURT

FILED
CLERK, U.S. DISTRICT COURT
SEP 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ FUENTES, individually and as the Successor in Interest of JOSE DANIEL CRUZ aka JOSE DANIEL CRUZ FUENTES, EDGAR JIMENEZ, JOSE GARCIA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | CV 08-1258 ABC (SSx)<br>*Consolidated with* Case No. CV 08-03881 ABC (SSx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER**<br><br>Courtroom:  680<br>Judge:  The Honorable Suzanne H. Segal<br>Trial Date:  1/26/2010<br>Action Filed:  6/13/2008 |
| LUZ FUENTES, individually and as the Successor in Interest of JOSE DANIEL CRUZ aka JOSE DANIEL CRUZ FUENTES, EDGAR JIMENEZ, JOSE GARCIA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN HAWS, in his individual capacity only, et al.,<br><br>Defendants. | |

1

The Court having reviewed the accompanying stipulation and request of the parties for issuance of a protective order pursuant to the Federal Rules of Civil Procedure and Local Rule 79-5.4, to maintain the confidential and private information of inmate Kurt Karcher, CDC No. H-91542, finds that good cause appears therefor.

Documents pertaining to inmate Karcher produced pursuant to the Federal Rules of Civil Procedure and designated as "Attorneys' Eyes Only": (1) will be for "Attorneys' Eyes Only" and will not be disclosed or disseminated to any other persons, parties or entities; (2) will be used solely in conjunction with this case, and no copies shall be made except for submission to the Court or other parties; and (3) at the conclusion of this matter, all copies of such documents shall be destroyed or returned to the California Department of Corrections and Rehabilitation.

The parties shall have 14 days from the receipt of any document designated "Attorneys' Eyes Only" to object to such designation. In the event a party objects to the designation "Attorneys' Eyes Only," the party objecting to the designation shall bear the burden of proof to establish that such documents are outside the scope of this order, and may seek the Court's in camera review of such documents before being allowed to remove such designation.

**IT IS SO ORDERED.**

Dated: 9/18/09

The Honorable Suzanne H. Segal

*The court finds good cause to protect the confidential information of an inmate. The release of such information without a protective order could harm the privacy interests of the inmate or his family.*

SD2008502637
50508646.doc