1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  RAYMOND W. SAKAI, State Bar No. 193507
   rsakai@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California  91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
7  Attorneys for Defendants
   County of Los Angeles, Sheriff Leroy D. Baca, Assistant Sheriff Marvin O.
   Cavanaugh, Chief Mark L. Klugman, Chief Sammy L. Jones, Robert
8  Fish, Ph.D., Chief Neal Tyler, Sergeant Dan Belland, and Chief Carl Deeley

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ FUENTES, etc., | Case No. CV 08-01258 ABC (SSx) |
| Plaintiffs, | Consolidated with: |
| vs. | Case No. CV 08-03881 ABC (SSx) |
| COUNTY OF LOS ANGELES; et al., | Honorable Audrey B. Collins |
| Defendants. | **[PROPOSED] JUDGMENT** |
| LUZ FUENTES, et al., | |
| Plaintiffs, | |
| vs. | |
| WARDEN HAWS, et al., | |
| Defendants. | |

The Court having entered an Order granting the motions for summary judgment by Defendants COUNTY OF LOS ANGELES, SHERIFF LEROY D. BACA, ASSISTANT SHERIFF MARVIN O. CAVANAUGH, CHIEF MARK L. KLUGMAN, CHIEF SAMMY L. JONES, ROBERT FISH, PH.D., CHIEF

NEAL TYLER, SERGEANT DAN BELLAND and CHIEF CARL DEELEY (hereinafter "Defendants") in part, and dismissing without prejudice the state law claims brought by Plaintiff LUZ FUENTES, individually and as the Successor in Interest of Jose Daniel Cruz, aka, Jose Daniel Cruz Fuentes, Edgar Jimenez, and Jose Garcia, Deceased (hereinafter "Plaintiff"),

IT IS ORDERED AND ADJUDGED AS FOLLOWS:

1. Judgment is entered in favor of the Defendants and against Plaintiff as to the First Cause of Action under 42 U.S.C. § 1983 for deliberate indifference to risk of harm in violation of the Eighth and Fourteenth Amendments.

2. Judgment is entered in favor of Defendants and against Plaintiff as to the Second Cause of Action under 42 U.S.C. § 1983 for deprivation of familial relationship in violation of the First and Fourteenth Amendments.

3. The Fourth Cause of Action under California law for negligence against Defendants is dismissed without prejudice.

4. The Fifth Cause of Action under California law for wrongful death against Defendants is dismissed without prejudice.

5. Defendants shall be entitled to costs of suit incurred herein.

Dated: February 16, 2010

_____
Honorable Audrey B. Collins
United States District Court Judge